

NUMBER 13-12-00319-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN RENE RODRIGUEZ,                                                    Appellant,

v.

KELLY E. WILDES,                                                       Appellees.

On appeal from the 24th District Court
of Calhoun County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Appellant, John Rene Rodriguez, filed an appeal from a judgment entered by the 24th District Court of Calhoun County, Texas, in cause number 11-8-1419. The parties have filed an amended agreed motion to dismiss with prejudice on grounds that all matters in controversy between them in this cause have been fully compromised and settled. The parties request that this Court dismiss this case with prejudice.

The Court, having considered the documents on file and the amended agreed motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The amended agreed motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
18th day of October, 2012.